Submitted on record and briefs March 3, reversed and remanded May 17, 2000

CRAIG W. EASTMAN,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(961028324M; CA A105320)

999 P2d 1229

Craig Eastman filed the brief for appellant *pro se.*

Holly A. Vance, Assistant Attorney General, filed the brief for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Reversed and remanded. *Alexander v. Johnson*, 164 Or App 235, 990 P2d 929 (1999).